FILED: September 23, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4703
(1:16-cr-00452-TDC-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RICHARD GREEN

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:16-cr-00452-TDC-1 |
| Date notice of appeal filed in originating court: | 09/13/2019 |
| Appellant | Richard Green |
| Appellate Case Number | 19-4703 |
| Case Manager | Anisha Walker<br>804-916-2704 |